THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
EVAN J. DAVIS [SBN 250484]
Assistant United States Attorney
  Room 7211, Federal Building
  300 North Los Angeles Street
  Los Angeles, California 90012
  Telephone:  (213) 894-4850
  Facsimile:  (213) 894-0115
  e-mail: evan.davis@usdoj.gov

Attorneys for Petitioner
UNITED STATES OF AMERICA

ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT
MAR 17 2008
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

UNITED STATES OF AMERICA,           )   Case No. CV 08-716 DSF (JCx)
                                    )
             Petitioner,            )   JUDGMENT AND ORDER APPROVING
                                    )   IRS LEVY ON PERSONAL RESIDENCE
     v.                             )
                                    )   REDACTED COPY
                                    )
GWENDOLYN SKINNER,                  )
                                    )
             Respondent.            )
                                    )
_____)

     Pursuant to the parties' stipulation, the Court finds as follows:

     1.   Petitioner United States of America has petitioned this Court for an order allowing the Internal Revenue Service (IRS) to levy upon the real property located at [Identifier "A" - Redacted from Public Case File pursuant to Local Rule 79-5.4], Camarillo, California, 93010 ("Property") in order to sell respondent's interest therein to satisfy part or all of respondent's unpaid federal income tax (IRS Form 1040) liabilities for calendar years

1999 and 2000 as set forth in the United States' petition for judicial approval of levy upon a principal residence ("petition").

2. Unless respondent fully pays her tax liabilities or respondent and the IRS agree on another disposition, the IRS is legally entitled to levy on the real property, which is respondent's personal residence, to satisfy respondent's outstanding tax liabilities.

3. In recognition of the IRS's legal right to levy on her personal residence, pursuant to 26 U.S.C. § 6334, the Court hereby enters a judgment and order approving the levy of respondent's personal residence by the Internal Revenue Service.

4. However, in order to permit respondent additional time in which either to sell her personal residence and turn over all appropriate proceeds to the IRS or to execute a subordination or other agreement with the IRS, the IRS shall not enforce this levy for a period of four months from the date of this judgment and order.

IT IS SO ORDERED THIS 17th DAY OF March, 2008.

_____
DALE S. FISCHER
United States District Judge